[No. 46888-3-II.   Division Two.   August 11, 2015.]

*In the Matter of the Custody of* A.C. ET AL.

ANGELA DAWN MIRANDA, *Appellant*, v. CHRISTOPHER EUGENE CRUVER, *Respondent.*

by unpublished opinion per Sutton, J., concurred in by Maxa and Lee, JJ.

[No. 46889-1-II.   Division Two.   August 11, 2015.]

*In the Matter of the Detention of* JONATHAN PARSONS.

by unpublished opinion per Sutton, J., concurred in by Bjorgen, A.C.J., and Lee, J.

[No. 32436-2-III.   Division Three.   August 11, 2015.]

GASTON CORNU-LABAT, *Respondent*, v. HOSPITAL DISTRICT NO. 2 OF GRANT COUNTY, *Petitioner.*

by unpublished opinion per Fearing, J., concurred in by Lawrence-Berrey, J.; Brown, A.C.J., concurring in the result by separate opinion.